**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> KS&W VENTURES, LLC and SUBEGH INC., individually, <br><br> Defendants. | Cause No. 2:21-cv-527-TLF <br><br> NOTICE OF SETTLEMENT |

### **NOTICE OF SETTLEMENT**

The parties, by and through their counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. The parties jointly request that all deadlines in this matter be stricken. The parties will file dismissal papers with the Court within thirty (30) days of filing this Notice of Settlement.

Respectfully submitted this 15th day of July, 2021.

Jointly Submitted By:

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com
*Attorneys for Plaintiff*


*/s/ Robert West*
Robert E. West, Jr.
WSBA #6054
West Law Offices, P.S.
332 First Street NE, Auburn, WA 98002
Telephone: 203-351-9000
Email: rwest@westlawoffices.com
*Attorney for Defendants*