UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br> v. <br><br> KS&W VENTURES LLC, AND SUBEGH INC., INDIVIDUALLY <br><br> Defendants. | Case No. 2:21-cv-00527-TLF <br><br> ORDER OF DISMISSAL |

On July 15, 2021, all Parties notified the Court that the case had settled. Dkt. 12. It appears that no issue remains for the Court's determination.

It is ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without cost to any party. In the event that settlement is not perfected, any party may move to reopen the case within **60 days** of the date of this Order. Any trial dates and pretrial dates previously set are hereby VACATED.

Dated this 22nd day of July, 2021.


_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge